391 P.3d 1245

Bruce Edward COX, Plaintiff-Appellant,

v.

Carlyn Davidson COX, Defendant-Appellee

NO. CAAP-15-0000494

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 17, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-D NO. 06-1-0096)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

391 P.3d 1245

STATE of Hawai'i, Plaintiff-Appellee,

v.

Pierre HERNANDEZ, Defendant-Appellant

NO. CAAP-15-0000067

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 17, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (HONOLULU DIVISION) (CASE NO. 1DCW-14-0005133)

SUMMARY DISPOSITION ORDER

Affirmed.

391 P.3d 1245

U.S. BANK NATIONAL ASSOCIATION As Trustee Under Pooling and Servicing Agreement Dated As of December 1, 2006, Master Asset-Backed Securities Trust 2006-Nc3 Mortgage Pass-Through Certificates, Series 2006-Nc3, Plaintiff-Appellee,

v.

Marcelo V. VILLAMAR; Alma A. Villamar, Defendants-Appellees, Mortgage Electronic Registration Systems, Inc., Defendant-Appellee, John Does 1-10; Jane Does 1-10; Doe Partnerships 1-10; Doe Entities 1-10; and Doe Governmental Units 1-10, Defendants

NO. CAAP-15-0000888

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 17, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 15-1-0223 (2))

SUMMARY DISPOSITION ORDER

Affirmed.

391 P.3d 1245

David PREBLE, Petitioner-Appellant,

v.

STATE of Hawai'i, Respondent-Appellee.

NO. CAAP-14-0000531

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 17, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P.P. NO. 11-1-0054 (CR. NO. 99-2362))